1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Carlos Morales-Flores

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE BARBARA L. MAJOR)**

11 UNITED STATES OF AMERICA,          )   Case No. 08MJ0227
                                      )
12          Plaintiff,                )
                                      )
13 v.                                 )   **CERTIFICATE OF SERVICE**
                                      )
14 CARLOS MORALES-FLORES,             )
                                      )
15          Defendant.                )
   _____  )
16

17   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                            U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov
20

21                            Respectfully submitted,

22

23 DATED:    January 31, 2008          /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Carlos Morales-Flores
25

26

27

28