FILED

FEB 2 1 2008

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB)              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0452-L |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| CARLOS MORALES-FLORES, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

### Count 1

On or about 01/11/08, within the Southern District of California, defendant CARLOS MORALES-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WDK:mg:San Diego
1/30/08

<u>Count 2</u>

On or about January 24, 2008, within the Southern District of California, defendant CARLOS MORALES-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 2/21/08

KAREN P. HEWITT
United States Attorney

for DOUGLAS KEEHN
Assistant U.S. Attorney