AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| CARLOS MORALES-FLORES | CASE NUMBER: 08CR 0452-L |

I, <u>CARLOS MORALES-FLORES</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>Feb. 21, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Carlos Morales_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

FILED
FEB 21 2008
CLERK, U.S. COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _(MB)_ DEPUTY